## Harr *v.* Tillger, Appellant.

 Argued March 19, 1971. *Stephen I. Weiss*, with him *Weiss, Nelson & Moskowitz*, for appellant; *William Thatcher*, with him *Biehn & Thatcher*, for appellee.

Order affirmed; reargument refused June 7, 1971.

HOFFMAN, J., absent.

## Insurance Department of Commonwealth, Appellant, *v.* Fuhrer.

 Argued March 8, 1971. *Charles D. Cowley*, Assistant Attorney General, with him *Robert A. Miller*, Assistant Attorney General, *Frederic G. Antoun*, Deputy Attorney General, and *J. Shane Creamer*, Attorney General, for Commonwealth, appellant; *Robert D. Myers*, with him *Shearer, Mette & Hoerner*, for appellee.

Order affirmed.